UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CIV. 0805**

Timothy Boice-Durant and all passengers on Delta # 1067 Aug. 17, 2008

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Louisiana State Police
Thibodaux Police Dept.
Orleans Parish Sheriff Dept.
Kenner Police Dept.
Russel Braud
Kahn Swick and Foti
John Doe dialing 985-859-2155/Dec 24/25, 2006
Shelli Braud
Brett Benoit of Charter Media

Jury Trial: ☒ Yes   ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name    Timothy Boice-Durant
Street Address    283 E. Houston #4
County, City      New York
State & Zip Code  New York, 10002
Telephone Number  _____

RECEIVED
JAN 3 1 2012
PRO SE OFFICE

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name           Louisiana State Police
                  Street Address  7919 Independence

*Rev. 05/2010*

County, City **Baton Rouge**
State & Zip Code **Louisiana, 70806**
Telephone Number _____

Defendant No. 2   Name **Thibodaux Police Dept.**
Street Address **1309 Canal Blvd.**
County, City **Thibodaux**
State & Zip Code **Louisiana, 70301**
Telephone Number _____

Defendant No. 3   Name **Kenner Police Dept.**
Street Address **500 Veterans Blvd**
County, City **Kenner**
State & Zip Code **Louisiana, 70062**
Telephone Number _____

Defendant No. 4   Name **New Orleans Sheriff Dept.**
Street Address **421 Loyola 403 Civil Courts Bldg.**
County, City **New Orleans**
State & Zip Code **Louisiana, 70112**
Telephone Number _____

**II.   Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Title 18 USC Sec. 245 a-f. FBI Headquarters requests that I file suit.**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Transfer of un-warranted surveillence from Louisiana plate OBR999 to Delta 1658/1067 Aug. 17, 2008**

B. What date and approximate time did the events giving rise to your claim(s) occur? **August 17, 2008**

Under Title 18 of USC Sec. 245, the statute prohibits the willful attempt to cause a traveler on a common carrier harm.

C. Facts: **Un-warranted electronic surveillence used in 8-8-2008 bank staging transferred to Delta flights causing the electronic and digital systems to malfunction on a trans-continental flight. It further transfered to my cab from San Fran to Four Seasons hotel where it wiretapped/hacked into the phone/computer system. Un-warranted surveillance transfers to all persons, computers, phones and cellphones I'm in the vicinity of. FAA/Pilot flight reports indicate the malfuctions. Orleans Parish Sheriff didn't want me to acquire California medical records confirming use of my bank card that was used to pay for citations, that never occurred in that Dept's. computer.**

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **I have been unable to work since July 2006. Every computer I'm around is comprimised! I can't ethically handle real estate transactions knowing that my clientele's private financial information is at risk. Medical records are for presidential viewing purposes only. Case 201115384 in NYPD Commissioners office assigned due to national security issues.**

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Under federal law, placement of un-warranted imposed surveillance on a person constitutes $500.00 a day for imposition.

Plaintiffs seek $500.00 per day, per passenger from Aug 17, 2008 to present.

Passengers will provide transcripts of personal cell phone bills indicating 3rd party use of theirs cells confirming transfer from myself to all passengers on flight 1067.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of Jan, 20 12.

Signature of Plaintiff: Timothy Brice-Durant

Mailing Address: 283 E. Houston #4 NY NY 10002

Telephone Number: _____

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*